UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – GENERAL

Magistrate No.   21-5047-MAS-1         At  Lexington           Date  February 1, 2021

USA vs Dalton Ray Crase          x  present   x  custody   ___  bond   ___  OR   Age  ___

PRESENT:   HON. MATTHEW A. STINNETT, U.S. MAGISTRATE JUDGE

| Samantha Howard | Audio File | None | Andrew T. Boone |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

Counsel for Defendant   Jarrod James Beck   X  present   ___ retained   X  appointed

I, Samantha Howard, Deputy Clerk, CERTIFY the official record of this proceeding is audio file KYED-LEX__5-21-MJ-5047-mas_20210201_135526.

PROCEEDINGS:  **INITIAL APPEARANCE/REMOVAL HEARING**

Parties appeared for initial appearance/removal hearing on a warrant filed in Case No. 1:21-mj-183, United States District Court, District of Columbia, pursuant to Rule 5.1. Court advised Defendant of his constitutional rights, including his right to counsel. The Court reviewed the Financial Affidavit completed by the Defendant and determined that Defendant qualifies for court appointed counsel. Defendant does not contest that he is the individual in the warrant from the District of Columbia. After being fully informed, Defendant knowingly, voluntarily, and intelligently waived his right to a preliminary hearing. The United States does not request detention at this time. Zoom link information for the hearing set in the District of Columbia has been provided to counsel.

Pursuant to the Due Process Protections Act, the court reminds the government of its obligations under Brady v. Maryland, 373 U.S. 83 (1963), to disclose evidence favorable to the defendant and material to the defendant's guilt or punishment. The government is ordered to comply with Brady and its progeny. The failure to do so in a timely manner may result in consequences, including dismissal of the indictment or information, exclusion of government evidence or witnesses, adverse jury instructions, dismissal of charges, contempt proceedings, sanctions by the Court, or any other remedy that is just under the circumstances. Consistent with the Due Process Protections Act, the Court orally confirmed this disclosure obligation on the record and issues this written order stating the same.

After hearing statements of counsel, and being otherwise sufficiently advised, the Court **HEREBY ORDERS AS FOLLOWS**:

1.  Jarrod James Beck is appointed to represent the defendant under the Criminal Justice Act.

2.  The Court **FINDS** probable cause to believe that a crime has been committed and that the defendant committed the offenses alleged in the Criminal Complaint. The matter is bound over to the grand jury in the District of Columbia for further consideration.

3.  Defendant released on conditions as set forth in a separate Order of release to appear **VIA ZOOM** in the District of Columbia, on Friday, February 5, 2021, at 1:00 p.m. before Magistrate Judge Robin M. Meriweather.

Copies:  COR, USP, USM, District of Columbia    Initials of Deputy Clerk: slh   TIC: /19



Signed By:
Matthew A. Stinnett
United States Magistrate Judge